IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–01189–LTB–KMT

LAWRENCE W. FITZGERALD,

    Plaintiff,

v.

CORRECTIONS CORPORATION OF AMERICA,
WARDEN HOYT BRILL, and
KERRY KAHLE,

    Defendants.

# MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**
Janet D. Zinser, Judicial Assistant

"Defendants' Motion to Dismiss" (#5, filed June 6, 2008) is DENIED as moot as a result of the filing of Doc. No. 12, "Defendant's Motion to Dismiss Plaintiff's Amended Complaint" (filed July 14, 2008).

Dated: September 3, 2008