IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–01189–LTB–KMT

LAWRENCE W. FITZGERALD,

    Plaintiff,

v.

CORRECTIONS CORPORATION OF AMERICA,
WARDEN HOYT BRILL, and
KERRY KAHLE,

    Defendants.

# ORDER

    This matter is before the court *sua sponte*. The record in this case shows plaintiff filed his first Complaint on March 19, 2008 in state court (Doc. No. 1, Attach. 10), and his first amended complaint on June 30 2008 (Doc. No. 6). Plaintiff then filed a second amended complaint on July 24, 2008 (Doc. No. 14).

    Rule 15 states a party may amend its pleadings <u>once</u> as a matter of course before being served with a responsive pleading. Fed. R. Civ. P. 15(a)(1)(A). In all other cases, a party may amend its pleadings only with the opposing party's written consent or the court's written leave. Fed. R. Civ. P. 15(a)(2). Plaintiff filed his first amended complaint before being served with a responsive pleading, as allowed under Rule 15. However, there is no record that the defendants

in this case gave their written consent for the filing of the second amended complaint, and Plaintiff did not seek leave of the court. Therefore, it is

ORDERED that Plaintiff's "Second Amended Complaint" filed and docketed as a "Tendered Second Amended Complaint" on July 24, 2008, is STRICKEN.

Dated this 4th day of September, 2008.

**BY THE COURT:**

Kathleen M. Tafoya
United States Magistrate Judge