IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–01189–CMA–KMT

LAWRENCE W. FITZGERALD,

    Plaintiff,

v.

CORRECTIONS CORPORATION OF AMERICA,
WARDEN HOYT BRILL, and
KERRY KAHLE,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Based on the Report and Recommendations by this court filed on February 23, 2009, the following pending motions are **DENIED as moot, without prejudice**:

    **Doc. No. 54**, Motion Requesting Modification of Scheduling Order Deadlines;
    **Doc. No. 56**, Defendants' Motion for Protective Order Regarding Plaintiff's Service of
        Requests for Admissions, dated January 19, 2009;
    **Doc. No. 58**, Defendants' Motion to Compel Responses to Interrogatories and Requests
        for Production of Documents;
    **Doc No. 60**, Plaintiff's Motion for Protective Order.

Dated: March 2, 2009.